808

No. 79–6630. ROCHE v. BIG MOOSE OIL FIELD TRUCK SERVICE ET AL. Appeal from Sup. Ct. La. dismissed for want of substantial federal question. JUSTICE BLACKMUN would note probable jurisdiction and set case for oral argument. 

No. 79–6719. CONRAD v. PENN ET AL. Appeal from D. C. D. C. dismissed for want of jurisdiction.

No. 79–2044. NATIONAL COALITION FOR PUBLIC EDUCATION AND RELIGIOUS LIBERTY ET AL. v. HUFSTEDLER, SECRETARY OF EDUCATION, ET AL. Appeal from D. C. S. D. N. Y. dismissed for want of jurisdiction. JUSTICE STEWART took no part in the consideration or decision of this case. 

No. 80–77. LOPEZ, GUARDIAN v. CITY OF DAYTON, OHIO, ET AL. Appeal from Ct. App. Ohio, Montgomery County, dismissed for want of jurisdiction.

No. 80–125. MEADS ET AL. v. CARTER, PRESIDENT OF THE UNITED STATES, ET AL. Appeal from D. C. D. C. dismissed for want of jurisdiction.

No. 79–1938. MITCHELL, DIRECTOR, DEPARTMENT OF SOCIAL SERVICES OF UTAH, ET AL. v. D. R. Appeal from C. A. 10th Cir. Motion of appellee for leave to proceed in forma pauperis granted. Judgment vacated and case remanded for further consideration in light of Harris v. McRae, 448 U. S. 297 (1980), and Williams v. Zbaraz, 448 U. S. 358 (1980). JUSTICE BLACKMUN, with whom JUSTICE BRENNAN and JUSTICE MARSHALL join, would affirm the judgment of the United States Court of Appeals for the Tenth Circuit. He therefore dissents and does so for the reasons set forth in the respective dissenting opinions filed by him and JUSTICE BRENNAN in Harris v. McRae and its companion cases, 448 U. S., at 348 and 329.